**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EAST WEST STONE, LLC, a California Limited Liability Company; and JOHN KENNEDY, an individual,<br>    Plaintiffs,<br><br>vs.<br><br>WEI SHAO, also known as RAYMOND SHAO, an individual; and KEYNOR ASIA & I/E CO., LTD., a business entity,<br>    Defendants,<br><br>and<br><br>EAST WEST STONE, LLC, a California Company,<br>    Nominal Defendant and Real Plaintiff in Interest.<br><br>WEI SHAO, also known as RAYMOND SHAO, an individual,<br>    Counter-Complainant,<br>vs.<br><br>JOHN KENNEDY, an individual,<br>    Counter-Defendant. | CASE NUMBER 11-cv-1652 -DMS (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF THE COMPLAINT AND COUNTER-CLAIM WITH PREJUDICE**<br><br>[Doc. No. 81] |

/ / / /

# ORDER

Plaintiff/Counter-Defendant John Kennedy, Nominal Defendant and Real Plaintiff in Interest East West Stone, LLC, and Defendant/Counter-Claimant Wei (Raymond) Shao filed a joint motion to voluntarily dismiss this action in its entirety with prejudice. Upon review of the parties' joint motion to voluntarily dismiss this action in its entirety with prejudice, and good cause appearing, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. The Court approves of the parties' dismissal pursuant to Federal Rule of Civil Procedure 23.1(c).

2. The Court grants the parties' joint motion to dismiss the entire action with prejudice and hereby dismisses the entire action with prejudice.

3. The terms of the Settlement Agreement and the Consent to Continuing Jurisdiction are incorporated in this Order.

4. Each party shall bear their own costs.

Dated: April 8, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge